

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| JORGE ESCALANTE, | § | No. 08-18-00067-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| CLAUDIA B. ESCALANTE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCM8192) |
|  | § |  |

## **O R D E R**

On May 2, 2018, the trial court signed a Qualifying Retirement Benefits Court Order and an Order Dividing Federal Employees' Retirement System Benefits. The parties have filed a joint motion asking that we stay the disbursement of monies from the parties' respective Thrift Savings Plans and the assignment of federal retirement benefits pursuant to these orders pending resolution of this appeal. We have construed the joint motion as requesting that we stay the Qualifying Retirement Benefits Court Order and the Order Dividing Federal Employees' Retirement System Benefits during the pendency of this appeal. The joint motion to stay is GRANTED. It is therefore ORDERED that the above orders entered by the trial court on May 2, 2018 are stayed pending resolution of this appeal or further order of this Court. Appellee's separately-filed motion to stay disbursement is denied as moot.

IT IS SO ORDERED this 30th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.